FILED FOR RECORD

2015 OCT -2 AM 8: 08

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

10/6/2015 9:23:00 AM
DEBBIE AUTREY
Clerk

DISTRICT CLERK BOWIE CO TX

BY DEPUTY

Cause Numbers:
14 F-0102-102 and 14F-0103-102
14F-0161-102 and 15F-0536-102

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 102 ND JUDICIAL DISTRICT |
| V. | § | COURT OF |
| GARY CARSON | § | BOWIE COUNTY, TEXAS |

## NOTICE OF APPEAL

Gary Carson (hereinafter Appellant) was convicted for having assaulted a police officer and a jailer under trial court cause numbers 14F-0102-102 and 14F-0103-102 and 14F-0161-102. In cause number 15F-0536-102, Carson was convicted of multiple counts of bail jumping. All of Carson's convictions were secured in the 102nd Judicial District Court of Bowie County, Texas in cases that were all styled in the trial court as The State of Texas v. Gary Carson.

Through his appellate counsel, Michael R. Casillas, Appellant hereby provides notice to the trial court that it his desire to appeal each of the trial court's judgments of conviction of August 10, 2015. Appellant desires to appeal each of the trial court's judgments of conviction to the Sixth District Court of Appeals in Texarkana, Texas.

Michael R. Casillas, Attorney At Law
SBOT #03967500

351 S. Riverfront Blvd.
Dallas, Texas 75207
214.748.5200
michael@londonlawdfw.com

## CERTIFICATE OF SERVICE

Undersigned appellate counsel hereby certifies that a true and correct copy of the foregoing document – in either paper or electronic format – has been served on counsel for the opponent, the State of Texas, by either delivering said copy by hand to the Office of District Attorney of Bowie County, 601 Main Street, Texarkana, Texas 75501 or by delivering said copy to the Office of the District Attorney of Bowie County that is located in the courthouse in New Boston, Texas or by e-mailing said copy to the e-mail address of the said Bowie County District Attorney no later than October 2, 2015.

Michael R. Casillas,
Attorney At Law